Date: July 22, 2015

Abel Acosta, Court Clerk

Court of Criminal Appeals

RE: request for Trial Court "finding" and State's "response"

83,053-01

CCA Case No: WR-83,053-01

TR CT. Cause No: D-1-DC-12-904056

Styled: Ex parte Donald Aekins

On February 8, 2015, I received notice from the Travis County District Clerk that my "application for writ of habeas corpus was filed. On March 26th, this Court notified me that it had received my writ. In May, I received a copy of an "Order Designating issues and Order for Filing Affidavit" from the 403rd District Court, requsting a copy of the Connally Unit mail log. The Order further stated, "pursuant to T.C.C.P.art. 11.07 sec.3(d), this Court will resolve the issue and then enter Findings, of Facts". In compliance with said Order, the TDCJ-ID Mail Supervisor provided the requested mail log; to this Court. I received a copy from the District Clerk on May 15th.

To date, I have received no "Findings of Facts" from the Trial Court nor "Response" from the State's Attorney regarding this matter. In June, I wrote this Court requesting the state of my application. Your response on July 2nd stated, "pending decision by this Court". In accordance with T.C.C.P.art.11.07 sec.7; and T.R.A.P.rule 73.4(b)(1-2), I am therefore respectfully requesting a copy of the Trial Court's "Findings" and the State's "Response", if any, as they were never provided to me as requied. I may need to file an objection to the Trial Courts "findings" or State's "response" under T.R.A.P.rule 73.4(b)(2). If your office does not have the requested documents, please instruct the District Clerk's office to mail me these documents. I am also requesting these documents from the District Clerk, under seperate cover.

Respectfully,

D.Aekins, pro se TDCJ#1820499
Connally Unit
899 FM 632
Kenedy, TX 78119

cc: file/da